ACCEPTED
03-14-00087-CV
3761677
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/14/2015 10:28:19 AM
JEFFREY D. KYLE
CLERK

## No. 03-14-00087-CV

# In the Third Court of Appeals
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/14/2015 10:28:19 AM
JEFFREY D. KYLE
Clerk

---

**Edwin Kiest Norton III,**

*Appellant,*

**v.**

**Mary Michelle Cheney,**

*Appellee.*

---

## Oral Argument Demonstratives

---

David F. Minton
  State Bar No. 14192300
Zooey Wharton
  State Bar No. 24008264
Minton, Burton, Bassett & Collins, P.C.
1100 Guadalupe
Austin, Texas  78701
(512) 476-4873
(512) 479-8315 (fax)

Lisa Bowlin Hobbs
  State Bar No. 24026905
Kurt Kuhn
  State Bar No. 24002433
KUHN HOBBS PLLC
3307 Northland Drive, Suite 310
Austin, Texas  78731
(512) 476-6003
(512) 476-6002 (fax)
Lisa@KuhnHobbs.com
Kurt@KuhnHobbs.com

**COUNSEL FOR APPELLEE**

## ORAL ARGUMENT DEMONSTRATIVES

Appendix 1. ...................................................................................................Timeline

Appendix 2 .............................................................County Line Enterprises Stock Ledger

Appendix 3 .............Demonstrative of Norton's County Line Enterprises Stock Shares

Appendix 4 ............................Trial Court's Valuation of County Line Enterprises Stock

Dated:  January 14, 2015

Respectfully submitted,

/s/Lisa Bowlin Hobbs

| | |
|---|---|
| David F. Minton | Lisa Bowlin Hobbs |
|   State Bar No. 14192300 |   State Bar No. 24026905 |
| Zooey Wharton | Kurt Kuhn |
|   State Bar No. 24008264 |   State Bar No. 24002433 |
| Minton, Burton, Bassett & Collins, P.C. | KUHN HOBBS PLLC |
| 1100 Guadalupe | 3307 Northland Drive, Suite 310 |
| Austin, Texas  78701 | Austin, Texas  78731 |
| (512) 476-4873 | (512) 476-6003 |
| (512) 479-8315 (fax) | (512) 476-6002 (fax) |
| | Lisa@KuhnHobbs.com |
| | Kurt@KuhnHobbs.com |

COUNSEL FOR APPELLEE

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2015, I served a copy of this Brief of Appellee on counsel of record electronically, in accordance with the Court's rules on electronic filing, as listed below:

Nathan Kennedy                                                        *via e-Service*
1607 Nueces Street
Austin, Texas  78701
nkennedy@nathankennedylaw.com

John T. Beliveau                                                       *via e-Service*
Law Office of John T. Beliveau
100 Rocky River Road
Blanco, Texas  78606
jtbeliveaulaw@gmail.com

/s/ Lisa Bowlin Hobbs

Lisa Bowlin Hobbs

# APPENDIX 1

# TIMELINE OF KEY TRANSACTIONS



- Norton and Cheney were married in 1990.

- Concepts, a community interest partnership, was formed in 1995.

- Concepts distributed 90,152 shares of CLE stock to Norton in 2006.

- Concepts distributed 12,251 shares of CLE stock to Norton in 2010.

- Norton acquired a total of 102,403 shares of CLE stock during his marriage to Cheney from these two distributions.

- There is no evidence in the record that Norton acquired these shares before his marriage to Cheney.

# APPENDIX 2

# The County Line Enterprises, Inc.
## Stock Ledger

| Cert. No. | Date Issued | Person or Entity | # of Shares Issued | Shares O/S | Date Cancelled | Replacement Share # | Ref. Comments |
|---|---|---|---|---|---|---|---|
| 1 | 01/02/89 | Bruce D. Walcutt | 105,918 | 0 | 10/16/06 | 34 | 1,13 |
| 2 | 01/02/89 | Richard L. Goss | 105,918 | 0 | 05/18/92 | 25 | 1,5 |
| 3 | 01/02/89 | Edwin K. Norton III | 105,916 | 0 | 03/14/89 | 21,22 | 1 |
| 4 | 01/02/89 | Rocky L. Goss | 40,816 | 0 | 05/18/95 | 31 | 1,9 |
| 5 | 01/02/89 | Don A. Miller | 20,708 | 20,708 | | | 1 |
| 6 | 01/02/89 | Benjamin A. Collins | 20,479 | 0 | 11/29/94 | N/A | 1,8 |
| 7 | 01/02/89 | Randy J. Goss | 8,145 | 0 | 10/01/10 | 38 | 1,14 |
| 8 | 01/02/89 | Adrienne Milloy | 4,100 | 0 | 06/28/95 | 32 | 1,10 |
| 9 | 01/02/89 | Bruce D. Walcutt | 26,270 | 0 | 03/04/89 | 17,20 | 1,2 |
| 10 | 01/02/89 | Richard L. Goss | 26,270 | 0 | 03/04/89 | 18,20 | 1,2 |
| 11 | 01/02/89 | Edwin K. Norton III | 26,180 | 0 | 03/04/89 | 19,20 | 1,2 |
| 12 | 01/02/89 | Rocky L. Goss | 10,090 | 0 | 05/18/95 | 31 | 1,9 |
| 13 | 01/02/89 | Don A. Miller | 5,050 | 5,050 | | | 1 |
| 14 | 01/02/89 | Benjamin A. Collins | 5,120 | 0 | 11/29/94 | N/A | 1,8 |
| 15 | 01/02/89 | Randy J. Goss | 2,020 | 0 | 10/01/10 | 38 | 1,14 |
| 16 | 01/02/89 | Adrienne Milloy | 1,000 | 0 | 06/28/95 | 32 | 1,10 |
| 17 | 03/04/89 | Bruce D. Walcutt | 17,724 | 0 | 10/16/06 | 34 | 2,13 |
| 18 | 03/04/89 | Richard L. Goss | 17,724 | 0 | 05/18/92 | 25 | 2,5 |
| 19 | 03/04/89 | Edwin K. Norton III | 17,634 | 0 | 03/31/89 | 23,24 | 2,4 |
| 20 | 03/04/89 | John Blazier-Agnt | 25,638 | 0 | 01/14/93 | 26,27,28 | 2,6 |
| 21 | 03/14/89 | Edwin K. Norton III | 86,458 | 0 | 03/31/89 | 23,24 | 3 |
| 22 | 03/14/89 | Edwin K. Norton III | 19,458 | 0 | 03/31/89 | 23,24 | 3 |
| 23 | 03/31/89 | Edwin K. Norton III | 24,710 | 24,710 | | | 4 |
| 24 | 03/31/89 | Edwin K. Norton III | 98,840 | 98,840 | | | 4 |
| 25 | 05/18/92 | CLE, Inc. | 123,642 | 0 | 03/01/94 | 29, 30 | 5,7 |
| 26 | 01/14/93 | Bruce D. Walcutt | 8,546 | 0 | 10/16/06 | 34 | 6 |
| 27 | 01/14/93 | Edwin K. Norton III | 8,546 | 8,546 | | | 6 |
| 28 | 01/14/93 | CLE, Inc. | 8,546 | 0 | | | 6 |
| 29 | 03/01/94 | Don A. Miller | 18,500 | 18,500 | | | 7 |
| 30 | 03/01/94 | CLE, Inc. | 105,142 | 0 | | | 7 |
| 31 | 06/15/95 | CLE, Inc. | 50,906 | 0 | | | 9 |
| 32 | 06/28/95 | Adrienne Milloy | 5,100 | 0 | 06/28/95 | N/A | 10,11 |
| 33 | 07/01/95 | Don A. Miller | 7,138 | 0 | 10/15/10 | 41 | 12,15 |
| 34 | 10/16/06 | CLC | 132,188 | 0 | 11/09/06 | 35,36,37 | 13 |
| 35 | 11/09/06 | Edwin K. Norton III | 90,152 | 90,152 | | | 13 |
| 36 | 11/09/06 | Don A. Miller | 35,162 | 35,162 | | | 13 |
| 37 | 11/09/06 | Randy J. Goss | 6,874 | 0 | 10/01/10 | 38 | 13 |
| 38 | 10/01/10 | CLC | 17,039 | 0 | 10/01/10 | 39,40 | 14 |
| 39 | 10/01/10 | Edwin K. Norton III | 12,251 | 12,251 | | | 14 |
| 40 | 10/01/10 | Don A. Miller | 4,788 | 4,788 | | | 14 |
| 41 | 10/15/10 | Don A. Miller | 7,138 | 7,138 | 01/01/00 | | 15 |
| | | Edwin K. Norton III | | 234,499 | | | |
| | | Don A. Miller | | 91,346 | | | |
| | | Total | | 325,845 | | | |

1.   Initial Stock Distribution by The County Line Enterprises, Inc. ("CLE")

2.   Bruce Walcutt, Richard Goss and Edwin Norton surrendered 8,546 Shares each (Certificate Nos. 9, 10, and 11 were cancelled and Certificate Nos. 17, 18, and 19 were issued) for a total of 25,638 Shares which were issued to John C. Blazier, Escrow Agent as Share Certificate No. 20 for Don Miller to acquire (Certificate No. 29 / 18,500 Shares and Certificate No. 33 / 7,138 Shares).

3.   Edwin Norton – Equal exchange of Shares.  Certificate No. 3 / 105,916 Shares was cancelled.  Certificate No. 21 / 86,458 Shares and Certificate No. 22 / 19,458 Shares (Total of 105,916 Shares) were issued.

4.   Edwin Norton – Reissue of Shares to allow a division of the existing Shares into two Certificates for pledging of 98,840 Shares to Alliance Bank to secure existing debt.  Certificate No. 19 / 17,634 Shares, Certificate No. 21 / 86,458 Shares, and Certificate 22 / 19,458 Shares (Total of 123,550 Shares) were cancelled. Certificate No. 23 / 24,710 Shares and Certificate No. 24 / 98,840 Shares (Total of 123,550 Shares) were issued.

5.   CLE purchased Richard Goss' 123,642 Shares (Certificate No. 2 / 105,918 Shares and Certificate No. 18 / 17,724 Shares were cancelled) as Treasury Stock. Certificate No. 25 (123,642 Shares) was issued to CLE on 5/18/92.  Outstanding Shares were reduced from 514,000 Shares to 390,358 Shares (514,000 – 123,642 = 390,358).

6.   John C. Blazier, Escrow Agent transaction (see Comment No. 2 above) was terminated.  Certificate No. 20 / 25,638 Shares was cancelled.  Certificate No. 26 / 8,546 Shares was issued to Bruce Walcutt.  Certificate No. 27 / 8,546 Shares was issued to Edwin Norton.  Certificate No. 28 / 8,546 Shares was issued to CLE as Treasury Stock.  Outstanding Shares were reduced from 390,358 to 381,812 Shares (390,358 – 8,546 = 381,812).

7.   Don Miller acquired 18,500 Shares (Certificate No. 29 / 18,500 Shares) from CLE Treasury Stock.  Certificate No. 25 / 123,642 Shares was cancelled.

Certificate No. 30 / 105,142 Shares was issued to CLE. Outstanding Shares were increased from 381,812 to 400,312 Shares (381,812 + 18,500 = 400,312).

8. CLE purchased Benjamin Collins' 25,599 Shares (Certificate No. 6 / 20,479 Shares and Certificate No. 14 / 5,120 Shares were cancelled) as Treasury Stock. No new Share Certificates were issued to CLE. Outstanding Shares were reduced from 400,312 Shares to 374,713 Shares (400,312 − 25,599 = 374,713).

9. CLE purchased Rocky Goss' 50,906 Shares (Certificate No. 4 / 40,816 Shares and Certificate No. 12 / 10,090 Shares were cancelled) as Treasury Stock. Certificate No. 31 / 50,906 Shares was issued to CLE on 6/15/95. Outstanding Shares were reduced from 374,713 Shares to 323,807 Shares (374,713 − 50,906 = 323,807).

10. Adrienne Milloy's Original Share Certificate No. 8 / 4,100 Shares and No. 16 / 1,000 Shares (Total of 5,100 Shares) were deemed to be lost. Therefore, Certificate Nos. 8 and 16 were cancelled and replaced by Share Certificate No. 32 / 5,100 Shares.

11. CLE purchased Adrienne Milloy's 5,100 Shares (Certificate No. 32 / 5,100 Shares was cancelled) as Treasury Stock. No new Share Certificates were issued to CLE. Outstanding Shares were reduced from 323,807 to 318,707 Shares (323,807 − 5,100 = 318,707).

12. Don Miller acquired 7,138 Shares (Certificate No. 33 / 7,138 Shares) from CLE Treasury Stock. Outstanding Shares were increased from 318,707 Shares to 325,845 Shares. (318,707 + 7,138 = 325,845).

13. The County Line Concepts, Ltd. ("CLC") / CLE purchased Bruce Walcutt's 132,188 Shares (Certificate No. 1 / 105,918 Shares and Certificate No. 17 / 17,724 Shares and Certificate No. 26 / 8,546 Shares were cancelled) and redistributed said Shares prorata to the remaining Shareholders. Certificate No. 34 / 132,188 Shares was issued to CLC and then cancelled. Certificate No. 35 / 90,152 Shares was issued to Edwin Norton. Certificate No. 36 / 35,162 Shares

was issued to Don Miller. Certificate No. 37 / 6,874 Shares was issued to Randy Goss. Outstanding Shares remained constant at 325,845 Shares.

14. CLC / CLE purchased Randy Goss' 17,039 Shares (Certificate No. 7 / 8,145 Shares, Certificate No. 15 / 2,020 Shares and Certificate No. 37 / 6,874 Shares) and redistributed said Shares prorata to the remaining Shareholders. Certificate No. 38 / 17,039 Shares was issued to CLC and then cancelled. Certificate No. 39 / 12,251 Shares was issued to Edwin Norton. Certificate No. 40 / 4,788 Shares was issued to Don Miller. Outstanding Shares remained constant to 325,845 Shares.

15. Don Miller's Original Share Certificate No. 33/ 7,138 Shares was deemed to be lost. Therefore, Certificate No. 33 was cancelled and replaced by Share Certificate No. 41/ 7,138 Shares.

# APPENDIX 3

| ITEM NO. | DATE | SHARE CERT. # | I=ISSUED C=CANCELLED | QTY SHARES ADDED | QTY SHARES SUBTRACTED | QTY CUMM. SHARES | QTY TOTAL OUTSTANDING CO. SHARES | PERCENT OF CO. OWNED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 1/2/89 | 3 | I | 105,916 | - | 105,916 | - | - | Initial Stock Distribution by The County Line Enterprises, Inc. ("CLE"). |
| 2. | 1/2/89 | 11 | I | 26,180 | - | 132,096 | 514,000 | 25.7 % | |
| 3. | 3/4/89 | 11 | C | - | 26,180 | - | - | - | 8,546 Shares surrendered from E.N. to J. Blazier, Escrow Agent coupled with 8,546 Shares from RG & 8,546 Shares from BW, Total of 25,638 Shares (Certificate No. 20) for D. Miller to acquire (Certificate No. 29 / 18,500 Shares & No. 33 / 7,138 Shares). |
| 4. | 3/4/89 | 19 | I | 17,634 | - | 123,550 | 514,000 | 24.0 % | |
| 5. | 3/14/89 | 3 | C | - | 105,916 | - | - | - | Equal exchange of Shares (105,916 Shares for 105,916 Shares). |
| 6. | 3/14/89 | 21 | I | 86,458 | - | - | - | - | |
| 7. | 3/14/89 | 22 | I | 19,458 | - | 123,550 | 514,000 | 24.0 % | |
| 8. | 3/31/89 | 19 | C | - | 17,634 | - | - | - | Reissue EN Shares to allow a division of the existing Shares into two Certificates for pledging of 98,840 Shares to Alliance Bank to secure existing debt. |
| 9. | 3/31/89 | 21 | C | - | 86,458 | - | - | - | |
| 10. | 3/31/89 | 22 | C | - | 19,458 | - | - | - | |
| 11. | 3/31/89 | 23 | I | 24,710 | - | - | - | - | |
| 12. | 3/31/89 | 24 | I | 98,840 | - | 123,550 | 514,000 | 24.0 % | |
| 13. | 5/18/92 | - | - | - | - | 123,550 | 390,358 | 31.7 % | CLE purchased Rick Goss' 123,642 Shares (Certificate Nos. 2 & 18) as Treasury Stock. (514,000 – 123,642 = 390,358 Outstanding Stock). |
| 14. | 1/14/93 | 27 | I | 8,546 | - | 132,096 | 381,812 | 34.6 % | J. Blazier transaction (see Items #3 & 4) terminated. 25,638 Shares (Certificate No. 20) surrendered 8,546 Shares (Certificate No. 27) reissued to EN, 8,546 Shares (Certificate No. 26) reissued to BW, 8,546 Shares retired as Treasury Stock (390,358 – 8,546 = 381,812 Shares) (Certificate No. 25). |
| 15. | 3/1/94 | - | - | - | - | 132,096 | 400,312 | 33.0 % | D. Miller acquired 18,500 Shares (Certificate No. 29) from CLE Treasury Stock (381,812 + 18,500 = 400,312 Shares). |
| 16. | 11/29/94 | - | - | - | - | 132,096 | 374,713 | 35.3 % | CLE purchased Ben Collins' 25,599 Shares (Certificate Nos. 6 & 14) as Treasury Stock. (400,312 – 25,599 = 374,713 Shares). |
| 17. | 5/23/95 | - | - | - | - | 132,096 | 323,807 | 40.8 % | CLE purchased Rocky Goss' 50,906 Shares (Certificate Nos. 4 & 12) as Treasury Stock. (374,713 – 50,906 = 323,807 Shares). |
| 18. | 6/28/95 | - | - | - | - | 132,096 | 318,707 | 41.5 % | CLE purchased Adrienne Milloy's 5,100 Shares (Certificate No. 32) as Treasury Stock. (323,807 – 5,100 = 318,707 Shares). |
| 19. | 7/1/95 | - | - | - | - | 132,096 | 325,845 | 40.5 % | D. Miller acquired 7,138 Shares (Certificate No. 33) from CLE Treasury Stock. (318,707 + 7,138 = 325,845 Shares). |
| 20. | 11/9/06 | 35 | I | 90,152 | - | 222,248 | 325,845 | 68.2 % | The County Line Concepts, Ltd. ("CLC") / CLE purchased Bruce Walcutt's 132,188 Shares (Certificate Nos. 1, 17 & 26) and redistributed said Shares prorata to remaining Shareholders. |
| 21. | 10/1/10 | 39 | I | 12,251 | - | 234,499 | 325,845 | 72.0 % | CLC / CLE purchased Randy Goss' 17,039 Shares (Certificate Nos. 7, 15 & 37) and redistributed said Shares prorata to remaining Shareholders. |

# APPENDIX 4

| Price per share in CLE corporate documents = $45.82<br>No contractual provision for discounting price | | | |
|---|---|---|---|
| | **Cheney's Expert** | **Norton's Expert** | **Trial Court** |
| Overall Price Per Share | $45.82 | $40.97 | $40.97 |
| Marketability Discount | 15% | 45% | 25% |
| Lack of Control Discount | 0% | 35% | N/A |
| Total Price Per Share | $38.67 | $14.65 | $30.73 |